David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Thomas N. Abbott, Bar No. 245568
TAbbott@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
U.S. BANK TRUST, N.A., AS TRUSTEE
FOR LSF9 MASTER PARTICIPATION
TRUST; SUMMIT MANAGEMENT COMPANY,
LLC; and CALIBER HOME LOANS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM F. HARTICON,<br><br>    Plaintiff,<br><br> v.<br><br>U.S. BANK TRUST, NA, AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; SUMMIT MANAGEMENT COMPANY LLC; CALIBER HOME LOANS, INC.; and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. 2:18-CV-00277-KJM-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY ADDITIONAL 28 DAYS** |

1 | Before the Court is the parties' Stipulation to Extend the Time to Respond to Initial
2 | Complaint by Additional 28 Days. The Court has considered the Stipulation and finds good
3 | cause to extend the deadline for all defendants to respond to the complaint to May 1, 2018.
4 | The parties' Stipulation is hereby GRANTED. This Order does not alter any other case
5 | management deadlines.

IT IS SO ORDERED.

DATED this 4th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE