UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HARTICON,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. BANK TRUST, N.A, et al.,<br><br>  Defendants. | Case No. 2:18-cv-00277-KJM-DB<br><br><br>ORDER |

On February 28, 2019, the court denied without prejudice plaintiff's counsel's motion to withdraw. ECF No. 23. Because plaintiff's counsel has taken no action since, they remain counsel of record. On March 5, 2019, the court granted defendants' motion to dismiss and permitted plaintiff to file a first amended complaint within 21 days. ECF No. 24. That deadline has passed without any filing from plaintiff. Accordingly, plaintiff is ORDERED to SHOW CAUSE why this action should not be dismissed for failure to prosecute.

  IT IS SO ORDERED.

DATED: April 5, 2019.

_____
UNITED STATES DISTRICT JUDGE

1